IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CR. NO. __15-10046-JDB__ |
| v. | ) ) ) | 18 U.S.C. § 1028A |
| JOHN MICHAEL BRILEY, | ) ) | 18 U.S.C. § 1035 |
| Defendant. | ) | |

# NOTICE OF PENALTIES

### COUNT 1

Mandatory sentence of two years imprisonment; nmt $250,000 fine, or both, nmt a 3 yr. period of supervised release and a special assessment of $100, consecutive to any sentences imposed under Counts 2-146, and a special assessment of $100. See 18 U.S.C. § 3013 (a).

### COUNT 2-146

Sentence of imprisonment for nmt 5 years; nmt $250,000 fine, or both, nmt a 3 yr. period of supervised release and a special assessment of $100. See 18 U.S.C. § 3013 (a).