

**United States Department of Justice**

United States Attorney's Office

Western District of Tennessee

*109 S. Highland Avenue, Suite 300*
*Jackson, Tennessee  38301*
*(731) 422-6220 Telephone*
*(731) 422-6668 Facsimile*

September 15, 2016

Daniel Taylor
Attorney for John Michael Briley
Via hand delivery on this date

RE:   U.S. v. John Michael Briley, 1:15CR10046

Dear Daniel,

   Please find a disc, noted as Bates Number 2867, as continuing discovery in this case.  The information on the disc is already included in the indictment and supported by other evidence in the case.  This is not included in the stipulation documents, as our witness to admit these will already be testifying.  For Counts 2 through 146, these are Excel spreadsheet records of AdvanceMed, a Medicare contractor, as well as TennCare, showing that the programs paid the home health care companies for the claims.  For the Medicare patients, there is one row per patient.  For the three TennCare patients, there is one row per service, so the records appear more voluminous than they actually are.  The purpose of these records is to show that the two programs paid the amounts alleged in the indictment.  The password for the disc is written on a note attached to it.  If you have any questions, please do not hesitate to contact me.

                                           Regards,

                                           EDWARD L. STANTON III
                                           UNITED STATES ATTORNEY


                                 BY:   s/ Matthew J. Wilson
                                       Assistant U.S. Attorney
                                       109 S. Highland Avenue, Suite 300
                                       Jackson, TN 38301