✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Western | DISTRICT OF | Tennessee/Eastern Division |
|---|---|---|

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| John Michael Briley | Case Number:  1:15-10046-01-JDB |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Daniel Breen | Victor Lee Ivy, Matthew Wilson | Daniel J. Taylor |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/28/2016 & 11/29/2016 | Kristi Heasley | Evelyn Cheairs |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Govt's Proof: 11/3/2016 |
|  |  |  |  |  | Govt's Exhibits marked during Report Date held on 11/3/2016 |
| 1 |  | 11/3/2016 | X | X | Stipulation of the Parties |
| 2 |  | 11/3/2016 | X | X | Stipulation of the Parties |
|  |  |  |  |  | Govt's Proof: Jury Trial 11/28/2016 |
|  |  |  |  |  | Witness:  Richard Haines |
| 2 |  | 11/28/2016 | X | X | Stipulation of the Parties |
| 1B |  | 11/28/2016 | X | X | Defendant's Medicare enrollment application |
| 1A |  | 11/28/2016 | X | X |  Death Certificates |
| 2A |  | 11/28/2016 | X | X | Govt Exhibits  (147-424) |
| 3 |  | 11/28/2016 | X | X | Govt Exhibits 3 through 424 (various medical records) |
| 424 |  | 11/28/2016 | X | X | (collective) in 5 large binders) |
|  |  |  |  |  | Witness:  Alisia Robinson, RN |
|  |  |  |  |  | Jury Trial Continued 11/29/2016 |
|  |  | 11/29/2016 |  |  | Witness:  Loran Karlosky, M.D. |
| 425 |  | 11/29/2016 | X | X | (ID Only) Notice and Formulary |
|  |  |  |  |  | Witness:  Dr. Joel Perchik |
| 426 |  | 11/29/2016 | X | X | Authorization Form signed by Dr. Joel Perchik |
| 427 |  | 11/29/2016 | X | X | Cancellation Letter from Dr. Perchik |
| 428 |  | 11/29/2016 | X | X | Letter to Nursing Board written by Dr. Perchik |
| 429 |  | 11/29/2016 | X | X | Letter to Shirley Pickering written by Dr. Perchik |
| 430 |  | 11/29/2016 | X | X | (collective) Excel Spreadsheet for Primary Care South |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    2    Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | | vs. | John Michael Briley | CASE NO. 1:15-10046-01-JDB |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Jury Trial Continued 11/29/2016 |
| | 431 | 11/29/2016 | X | X | Photograph of Dr. Joel Perchik and John Michael Briley |
| | 432 | 11/29/2016 | X | X | Photograph of Dr. Joel Perchik |
| | 433 | 11/29/2016 | X | X | (collective) Text Messages |
| | 434 | 11/29/2016 | X | X | Death Certificate |
| | | | | | Witness: Dr. Jeff McCartney |

Page  2  of  2  Pages